# United States District Court
## Southern District of Georgia
### Brunswick Division

U.S. DISTRICT COURT
Southern District of Georgia
Filed in Office
9:00 A. M.
June 17, 2005
Deputy Clerk

UNITED STATES OF AMERICA

vs.

FIDEL PEREZ

CASE NUMBER CR 205-14

## ORDER DESIGNATING INTERPRETER

The Court having determined, pursuant to Title 28 United States Code Section 1827, that an interpreter is required and should be designated in the above-captioned case,

IT IS HEREBY ORDERED that __Alma Martinez__, a non-certified interpreter or otherwise competent interpreter, is designated to serve as an interpreter in this case. Compensation shall be paid by the government at a rate of $156.00 per day, with a minimum of one half day's compensation of $86.00 to be paid for each appearance. Any claim for overtime shall be paid at the rate of $27.00 per hour. Claim for compensation by the interpreter for any in-court services or assisting the U.S. Probation Office shall be made on Form AO322. Claim for compensation for assisting court-appointed counsel shall be made on CJA Form 21, *Authorization and Voucher for Expert and Other Services*. **Any services relating to the CJA Form 21 must be approved by the Court prior to the services rendered.** These forms shall be furnished by the Clerk of Court.

SO ORDERED, this __17__ day of __June__, __2005__.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA